UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES W. FOWLER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELL-CRETE CORPORATION; and OLD REPUBLIC GENERAL INSURANCE CORPORATION, <br><br> Defendants. | C21-45 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' joint motion for continuance, docket no. 17, is DENIED. Contrary to the parties' contention, the Court does not have any backlog of cases as a result of the pandemic. Moreover, engaging in efforts to settle the matter does not constitute good cause for a continuance of the trial date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of September, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1